UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CARLOS LURON HARRIS** | **CIVIL ACTION NO. 3:17-00572** |
| **VESUS** | **SECTION P** |
| | **JUDGE ROBERT G. JAMES** |
| **KWASIC HECKARD** | **MAGISTRATE JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's civil rights Complaint is **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

**MONROE, LOUISIANA, this 31st day of October, 2017.**

*Robert G. James*
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE